# CERTIFICATE OF SERVICE BY CERTIFIED MAIL
*JOBE ET AL. v. ICE ET AL.*, C 07-4391 CW

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California.  My business address is 550 Kearny St., Suite 200,  San Francisco, CA, 94108.  I am over the age of 18 and not a party to the above named action.

On August 27, 2007, I served true copies of the following:

**Complaint for Relief Under the Administrative Procedure Act**
**Civil Cover Sheet**
**Summons in a Civil Case**
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Standing Order for All Judges of the Northern District of California**
**Notice of Availability of Magistrate Judge to Exercise Jurisdiction**
**ECF Registration Information Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| U.S. Immigration and Customs Enforcement<br>Department of Homeland Security<br>801 I St, NW, Suite 900<br>Washington, DC 20536 | Julie Myers, Assistant Secretary<br>U.S. Immigration and Customs Enforcement<br>Department of Homeland Security<br>801 I St, NW, Suite 900<br>Washington, DC 20536 |
| Anthony M. Aiello,<br>Assistant Field Office Director<br>U.S. ICE San Francisco District Office<br>630 Sansome Street<br>San Francisco, CA 94111 | Ronald E. LeFevre, Chief Counsel<br>Office of the Chief Counsel<br>U.S. Immigration and Customs Enforcement<br>120 Montgomery St., Ste. 200<br>San Francisco, CA 94104 |
| James Stolley, Deputy Chief Counsel<br>Office of the Chief Counsel<br>U.S. Immigration and Customs Enforcement<br>120 Montgomery St., Ste. 200<br>San Francisco, CA 94104 | John K. Crowther, Acting Officer-in-Charge<br>U.S. Immigration and Customs Enforcement<br>Eloy Detention Center<br>1705 East Hanna Road<br>Eloy, AZ 85231 |

| | |
|---|---|
| Patricia Vroom, Chief Counsel<br>Office of the Chief Counsel<br>U.S. Immigration and Customs Enforcement<br>1705 East Hanna Road<br>Eloy, AZ 85231<br><br>and<br><br>Patricia Vroom, Chief Counsel<br>Office of the Chief Counsel<br>U.S. Immigration and Customs Enforcement<br>Phoenix District Office<br>2035 N. Central Ave<br>Phoenix, AZ | Alberto Gonzales, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Northern District<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 27, 2007, in San Francisco, California.

                                                                                                /s/<br>
                                                                                          Lina Baroudi