SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT B. JOBE, *et al.*, ) | No. C 07-4391 CW |
|         Plaintiffs, ) | |
|         v. ) | **NOTICE OF APPEARANCE** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, ) | |
|         Defendants. ) | |

PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Ila C. Deiss, Assistant United States Attorney.

Dated: October 9, 2007              Respectfully submitted,

                                                                   SCOTT N. SCHOOLS
                                                                  United States Attorney

                                                                      /s/
                                                                  ILA C. DEISS
                                                                  Assistant United States Attorney

Notice of Appearance
C07-4391 CW