SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT B. JOBE, GIANCARLO MASSETTI AND ROGELIO CARDOSO-TLASECA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. C 07-4391 CW<br><br>STIPULATION TO SEVER PLAINTIFF TLASECA; DISMISS PLAINTIFFS JOBE AND MASSETTI AND EXTEND DATES; AND ORDER |

Plaintiffs filed this action under the Administrative Procedure Act on August 24, 2007. According to the Court's scheduling order, the parties are to appear on November 27, 2007. On October 18, 2007, Plaintiff Massetti was paroled into the United States.

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to sever Plaintiff Tlaseca from other two Plaintiffs and to dismiss Plaintiffs Jobe and Massetti. Each party will pay their own costs and fees regarding those Plaintiffs.

The parties further ask for additional time to resolve the remainder of this action without further litigation and propose the following briefing schedule for Plaintiff Tlaseca:

///

Stipulation to Sever/Dismiss Plaintiffs
C07-4391 CW

| | | |
|---|---|---|
| 1 | Answer: | November 22, 2007 |
| 2 | Case Management Statement: | January 8, 2007 |
| 3 | Case Management Conference | January 15, 2007 at 2:00 p.m. |

Date: October 23, 2007

          /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 23, 2007

          /s/
ROBERT JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Jobe and Massetti are DISMISSED from this action.

A case management conference for Plaintiff Cardoso-Tlaseca is set for **January 15, 2008**, at 2:00 p.m. The parties will submit a joint case management statement seven days prior. Should the matter become moot, the parties will file a stipulation to dismiss this action in its entirety.

Date: 10/24/07

          /s/ Claudia Wilken
CLAUDIA WILKEN
United States District Judge

Stipulation to Sever/Dismiss Plaintiffs
C07-4391 CW