SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROGELIO CARDOSO-TLASECA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　Defendants. | No. C 07-4391 CW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the Plaintiff was paroled into the United States on November 26, 2007.[1]

　　Each of the parties shall bear their own costs and fees.

///

///

---

[1] Co-plaintiffs Jobe and Massetti were severed and dismissed by stipulation on October 24, 2007.

Stipulation to Dismiss
C07-4391 CW　　　　　　　　　　　　　　1

1  Date: November 26, 2007              Respectfully submitted,

2                                       SCOTT N. SCHOOLS
                                        United States Attorney
3

4
                                                    /s/
5                                       ILA C. DEISS
                                        Assistant United States Attorney
6                                       Attorneys for Defendants

7

8

9
   Date: November 26, 2007                          /s/
10                                      ROBERT B. JOBE
                                        Attorney for Plaintiff
11

12

13                              **ORDER**

14     Pursuant to stipulation, IT IS SO ORDERED.

15

16
   DATED:
17                                      CLAUDIA WILKEN
                                        United States District Judge
18

Stipulation to Dismiss
C07-4391 CW                       2