SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROGELIO CARDOSO-TLASECA, | ) No. C 07-4391 CW |
|     Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND ORDER** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) |
|     Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the Plaintiff was paroled into the United States on November 26, 2007.[1]

    Each of the parties shall bear their own costs and fees.

///

///

---

[1] Co-plaintiffs Jobe and Massetti were severed and dismissed by stipulation on October 24, 2007.

Stipulation to Dismiss
C07-4391 CW                                        1

| | | |
|---|---|---|
| 1 | Date: November 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

                                                       /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 26, 2007                             /s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   11/28/07

CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C07-4391 CW                                       2